No. 95–6315.  TRIMPER *v.* CITY OF NORFOLK, VIRGINIA, ET AL. C. A. 4th Cir.  Certiorari denied.

No. 95–6343.  MANSORI *v.* CALIFORNIA.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 95–6344.  GRAHAM *v.* VIRGINIA.  Sup. Ct. Va.  Certiorari denied.

No. 95–6348.  GRAHAM *v.* HENDERSON.  C. A. 7th Cir.  Certiorari denied.

No. 95–6349.  DURAN *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 95–6356.  STEELE *v.* DUCKWORTH, SUPERINTENDENT, INDIANA STATE REFORMATORY, ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 95–6358.  REEVES *v.* SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 95–6360.  TEPPER *v.* UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.

No. 95–6368.  TURNER *v.* BROWN, SECRETARY OF VETERANS AFFAIRS.  C. A. Fed. Cir.  Certiorari denied.

No. 95–6379.  WILLIAMS *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 95–6382.  HECKARD *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 95–6384.  HALL *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 95–6386.  SPAENI *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 95–6387.  REID *v.* UNITED STATES; and
No. 95–6532.  REID *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.